[PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12729

_____

NORWEGIAN CRUISE LINE HOLDINGS LTD,
a Bermuda Company,
NCL (BAHAMAS), LTD.,
a Bermuda Company agent of Norwegian Cruise Line,
SEVEN SEAS CRUISES S. DE R.L. LLC,
d.b.a. Regent Seven Seas Cruises,
OCEANIA CRUISES S. DE R.L.,
d.b.a. Oceania Cruises,

                                                  Plaintiffs-Appellees,

*versus*

STATE SURGEON GENERAL,
Florida Department of Health, in his official capacity,

2                                                                                               21-12729

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-22492-KMW

_____

The majority opinion by Chief Judge Pryor has been changed as follows:

For consistency, "the state" has been changed to "the State"

On Page 8, "varies" has been changed to "varie[d]"

On Page 12, added "It" before "applied the balancing test"

On Page 16, changed "Civ. Rts." to "C.R."

On Page 32, deleted the abbreviation in *Head v. New Mexico Board of Examiners in Optometry*

On Page 37, changed "wouldn't" to "would not"

On Page 37, changed *Locke v. Shore* to a short cite

On Page 44, deleted the word "have"

On Page 45, changed "Legislature" to lowercase

On Page 45, changed "Dissenting Op. 42–43" to "*Id.* at 42–43"

On Page 46, changed the citation to "The Federalist" to pg. 320 and added "(Clinton Rossiter ed., 1961)

21-12729 3

On Page 53, changed "*Canada*" to "*Can.*"