IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12729-BB
_____

NORWEGIAN CRUISE LINE HOLDINGS LTD,
a Bermuda Company,
NCL (BAHAMAS), LTD.,
a Bermuda Company agent of Norwegian Cruise Line,
SEVEN SEAS CRUISES S. DE R.L. LLC,
d.b.a. Regent Seven Seas Cruises,
OCEANIA CRUISES S. DE R.L.,
d.b.a. Oceania Cruises,

                                             Plaintiffs - Appellees,

versus

STATE SURGEON GENERAL,
Florida Department of Health, in his official capacity,

                                             Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Southern District of Florida
_____

ORDER:

     The parties are directed to file supplemental letter briefs on whether this appeal is moot. The opening and answering briefs shall not exceed ten pages. The reply brief shall not exceed five pages. Norwegian Cruise Line Holdings Ltd. must file its supplemental brief within fourteen days of our order. The State Surgeon General will have fourteen days to respond. And Norwegian will have seven days to reply.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION